# MITCHELL L. PASHKIN, ATTORNEY AT LAW

## DEBT COLLECTIONDEFENSE     CONSUMER PROTECTION

## CREDITOR AND DEBT COLLECTOR REPRESENTATION

## COURT ACTIONS, TRIALS AND APPEALS

Mitchell L. Pashkin, Esq., Principal

<u>Admitted</u>
Supreme Court of the United States
United States Court of Appeals for the Second Circuit
Eastern, Southern and Western Federal District of New York
New York State

                                                                                   Cell:  (631) 335-1107
                                                                                     Tel:  (631) 629-7709
                                                                                     Fax:  (631) 824-9328

                                                                                     mpash@verizon.net

<u>775 PARK AVENUE, STE. 255, HUNTINGTON, NY  11743</u>

Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street Room 360
White Plains, New York 10601

Re:    Request to Appear by Telephone or in the Alternative Adjourn Friday's Initial Conference
        Valerie Morton vs. Forster & Garbus, LLP, et al.
        7:15-cv-06598-VB

October 6, 2015

Dear Judge Briccetti:

       I represent Plaintiff.  Defendant Forster & Garbus' counsel has filed or will be filing a request to appear by telephone along with his consent to a telephone appearance by myself and the other Defendant's counsel.  I consent to either or both opposing counsel appearing by telephone and also request permission to do the same for the below reasons.

  I have a personal matter to which I must attend later that day quite a distance from White Plains.  Appearing in White Plains at 4 PM on Friday will make it virtually impossible for me to attend to my personal matter.

  Also, in light of our initial discussions, it appears as though the parties will be able to agree on a case discovery plan and scheduling order prior to the Initial Conference.  Counsels also previously have discussed the legal and factual issues and the possibility of a settlement.

  If your Honor is not inclined to allow me to appear by telephone, I respectfully request an adjournment of the Initial Conference.

  Thank you for your consideration of my request.

Sincerely,

/s/_ Mitchell L. Pashkin
Mitchell L. Pashkin (MP 9016)
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 335-1107
mpash@verizon.net